GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for DUTCH OVEN COURT TRUST

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and DUTCH OVEN COURT TRUST,<br><br>Defendants. | Case No.: 2:16-cv-02906-JAD-NJK<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for DUTCH OVEN COURT TRUST does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for DUTCH OVEN COURT TRUST in the above-entitled matter in his place and stead.

Dated this 27 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Michael Bohn*
By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for DUTCH OVEN COURT TRUST in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

DUTCH OVEN COURT TRUST, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

DUTCH OVEN COURT TRUST

By: Iyad "Eddie" Haddad

IT IS SO ORDERED.
Dated: August 16, 2017

_____
United States Magistrate Judge