GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Dutch Oven Court Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and DUTCH OVEN COURT TRUST,<br><br>Defendants. | Case No.: 2:16-cv-02906-JAD-NJK<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Dutch Oven Court Trust substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Dutch Oven Court Trust and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future

///

///

1

notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 28th day of September, 2018.

           GEISENDORF & VILKIN, PLLC

           By: */s/ Charles L. Geisendorf*
             Charles L. Geisendorf, Esq.
             Nevada Bar No. 6985
             2470 St. Rose Parkway, Suite 309
             Henderson, NV 89074
             Tel: (702) 873-5868

## **COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** October 1, 2018

             _____
             **UNITED STATES MAGISTRATE JUDGE**