1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  REX GARNER, ESQ.
   Nevada Bar No. 9401
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: rex.garner@akerman.com

7  *Attorneys for plaintiffs Ditech Financial LLC f/k/a
   Green Tree Servicing LLC and Federal National
8  Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and DUTCH OVEN COURT TRUST,<br><br>Defendants. | Case No. 2:16-cv-02906-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE MOTIONS TO DISMISS [ECF NOS. 42 and 43]**<br><br>**[FIRST REQUEST]** |

Plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association (**Fannie Mae**) and defendants Talasera and Vicanto Homeowners' Association and Dutch Oven Court Trust respectfully submit the following stipulation to allow Ditech and Fannie Mae 14 additional days to oppose (**1**) Talasera's motion to dismiss, ECF No. 42, and (**2**) Dutch Oven's motion to dismiss, ECF No. 43.

Talasera and Dutch Oven both filed motions to dismiss on November 14, 2018. (ECF Nos. 42, 43.) Ditech and Fannie Mae's oppositions are due November 28, 2018.

Ditech, Fannie Mae, Talasera and Dutch Oven stipulate Ditech and Fannie Mae shall have up to, through and including **December 12, 2018** to oppose Talasera and Dutch Oven's motions to dismiss.

1

47025558;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties make this stipulation due to the Thanksgiving holiday and to allow Ditech and Fannie Mae additional time to prepare their briefing. This stipulation is not made to cause delay or prejudice to any party.

Dated the 20th day of November, 2018.

**AKERMAN LLP**

 */s/ Rex D. Garner, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association*

Dated the 20th day of November, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

 */s/ Ryan D. Hastings, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Talasera and Vicanto Homeowners' Association*

Dated the 20th day of November, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

 */s/ Michael F. Bohn, Esq.*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant Dutch Oven Court Trust*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2018.