# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al., | Case No.: 2:16-cv-02906-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

It appears that Plaintiffs served Defendant Nevada Association Services. *See* Docket No. 11. The time for Defendant Nevada Association Services to appear has expired, but it has not done so. Plaintiffs have not sought default against Defendant Nevada Association Services, or otherwise advanced their claims against it. The Court hereby **ORDERS** Plaintiffs to file, no later than March 7, 2019, a status report as to how they intend to proceed with respect to their claims against Defendant Nevada Association Services.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1