UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ditech Financial LLC, et al.,

    Plaintiffs

v.

Talasera & Vicanto Homeowners' Association, et al.,

    Defendants

Case No.: 2:16-cv-02906-JAD-NJK

**Order Granting Motion for Leave to Participate as Amicus Curiae**

[ECF No. 68]

Good cause appearing, IT IS HEREBY ORDERED that the Federal Housing Finance Agency's Motion for Leave to Participate as an Amicus Curiae in Support of Plaintiff's Motion for Summary Judgment **[ECF No. 68] is GRANTED**. The FHFA has until July 2, 2019, to file the brief proposed at ECF No. 68-1 in the format dictated by the Local Rules (which require briefs to be on pleading paper, among other things, *see* Local Rule IA 10-1(a)(1)).

IT IS FURTHER ORDERED that any response to the amicus brief must be filed by July 15, 2019. No further briefing will be permitted.

IT IS FURTHER ORDERED that **the hearing** [ECF No. 62] currently scheduled for July 9, 2019, at 2:30 p.m. **is CONTINUED to Monday, August 19, 2019, at 3:30 p.m.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 29, 2019