ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for plaintiffs and counter-defendants*
*Ditech Financial LLC f/k/a Green Tree Servicing*
*LLC and Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and DUTCH OVEN COURT TRUST,<br><br>Defendants.<br>DUTCH OVEN COURT TRUST,<br><br>Counterclaimant,<br><br>v.<br><br>DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counter-defendants. | Case No. 2:16-cv-02906-JAD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rex D. Garner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Garner be removed from the service list.

1

56364568;1

1  Akerman LLP continues to serve as counsel for plaintiffs and counter-defendants Ditech
2  Financial LLC f/k/a Green Tree Servicing LLC and Federal National Mortgage Association. in this
3  action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and
4  future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Natalie L.
5  Winslow, Esq.

DATED this 5th day of February, 2021

**AKERMAN LLP**

*/s/ Natalie L. Winslow, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA Home Equity Trust 2006-4*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE:_ February 5, 2021

2

56364568;1